UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-80379-CIV-MIDDLEBROOKS/BRANNON

MALIBU MEDIA, LLC,

    Plaintiff,

vs.

JOHN DOE, subscriber assigned IP address 50.143.109.163,

    Defendant.
_____/

## ORDER REQUIRING JOINT STIPULATION OF DISMISSAL

THIS CAUSE comes before the Court upon Notice of Settlement with Defendant John Doe by Plaintiff Malibu Media, LLC (DE 9), filed on June 3, 2014, informing the Court that the instant matter has settled.

The Court congratulates the Parties on amicably resolving this matter. However, until a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41 is filed with the Court, all previously imposed dates and deadlines remain in effect. Accordingly, is it hereby

**ORDERED AND ADJUDGED** that the Parties shall file the necessary dismissal documents on or before **June 27, 2014 at 11:00 a.m.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this __12__ day of June, 2014.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT COURT

Copies to:    Counsel of Record