**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                                          Civil Action No.9:14-cv-80379-DMM

JOHN DOE, subscriber assigned IP address
50.143.109.163,

    Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP address 50.143.109.163. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated: June 27, 2014                      Respectfully submitted,

                                                      By:   /s/*M. Keith Lipscomb*
                                                      M. Keith Lipscomb (429554)
                                                      klipscomb@lebfirm.com
                                                      Lipscomb, Eisenberg & Baker, PL
                                                      2 South Biscayne Boulevard
                                                      Penthouse 3800
                                                      Miami, FL  33131
                                                      Telephone: (786) 431-2228
                                                      *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 27, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                            By:  /s/ *M. Keith Lipscomb*_____
                                            M. Keith Lipscomb